| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Pechman, Marsha J. | 2. Court or Organization U.S. District Court | 3. Date of Report 12/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III judge - senior status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

700 Stewart Street, Room 14229
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Justice Advocacy Africa |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Preg O'Donnell & Gillett - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American University | 9/19/16 - 9/23/16 | Washington, D.C. | Attending Right to Counsel Conference | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | J |
| 2. | Capital One | Credit card | J |
| 3. | Preg, O'Donnell & Gillett PLLC Profit Sharing Plan | Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -- Amgen, Inc (AMGN) | A | Int./Div. | K | T | | | | | |
| 3. -- Bank Dep Sweep Opt (Wells Fargo money market acct) | | | | | Closed | 05/31/16 | L | | See note Part VIII |
| 4. -- Dodge & Cox Income (DODIX) | B | Int./Div. | K | T | | | | | |
| 5. -- Emerson Electric (EMR) | A | Int./Div. | J | T | | | | | |
| 6. -- Exxon/Mobil Corp. (XOM) | A | Int./Div. | K | T | | | | | |
| 7. -- Harbor Bond Fund (HABDX) | B | Int./Div. | K | T | | | | | |
| 8. -- Harris Assoc Inv Tr Oakmark Intl Fund (OAKIX) | A | Int./Div. | J | T | | | | | |
| 9. -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKBX) | A | Int./Div. | L | T | | | | | |
| 10. -- Hennessy Cornerstone Mid-Cap 30 Fd (HIMDX) | | | K | T | Buy | 12/08/16 | K | | |
| 11. -- Johnson & Johnson (JNJ) | B | Int./Div. | K | T | | | | | |
| 12. -- JP Morgan (JVAIX) | A | Int./Div. | L | T | | | | | |
| 13. -- Managers AMG Funds (Yacktman) | A | Int./Div. | J | T | Sold (part) | 04/20/16 | J | C | |
| 14. | | | | R | Sold (part) | 12/12/16 | J | B | |
| 15. | | | | | Sold (part) | 12/23/16 | J | A | |
| 16. -- Metropolitan Funds (MWLIX) | B | Int./Div. | M | T | | | | | |
| 17. -- Parnassus Core Equity (PRBLX) | B | Int./Div. | L | T | Buy | 04/20/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 19. -- Principal Funds Inc (PCBIX) | A | Int./Div. | K | T | Buy | 04/20/16 | K | | |
| 20. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 21. -- Prof Mngd Fund Portfolio - Ostweis Funds (OSTFX) | A | Int./Div. | K | T | Sold (part) | 04/20/16 | J | B | |
| 22. | | | | Q | Buy (add'l) | 12/16/16 | J | | |
| 23. -- RJ Bank Deposit Program | A | Interest | L | T | Open | 06/01/16 | L | | See note Part VIII. |
| 24. -- Target (TGT) | A | Int./Div. | J | T | | | | | |
| 25. -- Touchstone Instl Funds (CISGX) | | | K | T | Sold (part) | 04/20/16 | L | D | |
| 26. | | | | | Sold (part) | 12/12/16 | K | A | |
| 27. | | | | | Sold (part) | 12/23/16 | J | A | |
| 28. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | B | Int./Div. | L | T | Buy (add'l) | 12/16/16 | J | | |
| 29. -- T Rowe Price Pers Strategy Funds Inc. (TRSGX) | A | Int./Div. | | | Sold | 04/20/16 | K | A | |
| 30. -- Vanguard Dividend Apprec (VIG) | B | Int./Div. | K | T | | | | | |
| 31. -- Vanguard Short Term Corp Fund - Adm (VFSUX) | C | Int./Div. | M | T | | | | | |
| 32. -- Wells Fargo & Co. | A | Int./Div. | J | T | | | | | |
| 33. -- Westport Funds (WPFIX) | | | | | Buy | 04/20/16 | K | | |
| 34. | | | | | Sold | 9/16/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. IRA #2 | | | | | | | | | |
| 37. -- Vanguard Balanced Index Fund Inv (VBINX) | A | Int./Div. | | | Closed | 09/22/16 | J | | See note Part VIII. |
| 38. -- Vanguard Emerging Mkts Stk Idx Inv (VEIEX) | A | Int./Div. | J | T | Open | 09/22/16 | J | | See note Part VIII. |
| 39. -- Vanguard Inflation- Protected Sec Adm(VAIPX) | | | | | Closed | 09/22/16 | K | | See note Part VIII. |
| 40. -- Vanguard Inflation- Protected Sec Inv (VIPSX) | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 41. -- Vanguard International Growth Inv (VWIGX) | A | Int./Div. | J | T | Open | 09/22/16 | J | | See note Part VIII. |
| 42. -- Vanguard Long-Term Invest-Gr Inv (VWESX) | A | Int./Div. | K | T | Open | 09/22/16 | K | | See note Part VIII. |
| 43. -- Vanguard Mid-Cap Index Fund Adm (VIMAX) | A | Int./Div. | J | T | Open | 09/22/16 | J | | See note Part VIII. |
| 44. -- Vanguard Prime Money Mkt Fund (VMMXX) | A | Int./Div. | J | T | | | | | |
| 45. -- Vanguard REIT Index Fund Adm (VGSLX) | A | Int./Div. | J | T | Open | 09/22/16 | J | | See note Part VIII. |
| 46. -- Vanguard S-T Investmt- Grade Inv (VFSTX) | A | Int./Div. | K | T | Open | 09/22/16 | K | | See note Part VIII. |
| 47. -- Vanguard Small-Cap Index Fund Inv (NAESX) | A | Int./Div. | J | T | Open | 09/22/16 | J | | See note Part VIII. |
| 48. -- Vanguard Total Intl Bond Idx Adm (VTABX) | A | Int./Div. | J | T | Open | 09/22/16 | J | | See note Part VIII. |
| 49. -- Vanguard Total Intl Stock Idx Adm (VTIAX) | A | Int./Div. | | | Closed | 09/22/16 | J | | See note Part VIII. |
| 50. -- Vanguard Total Bond Mkt Index - Admiral (VBTLX) | A | Int./Div. | | | Closed | 09/22/16 | K | | See note Part VIII. |
| 51. -- Vanguard Total Stk Mkt Index Fund - Adm (VTSAX) | B | Int./Div. | | | Closed | 09/22/16 | L | | See note Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Vanguard Wellesley Income Fund Inv (VWINX) | A | Int./Div. | K | T | Open | 09/22/16 | K | | See note Part VIII. |
| 53. -- Vanguard Wellington Fund Admiral (VWENX) | C | Int./Div. | K | T | Closed | 09/22/16 | K | | Only partially converted |
| 54. | | | | | | | | | See note Part VIII. |
| 55. -- Vanguard 500 Index Fund Adm (VFIAX) | A | Int./Div. | L | T | Open | 09/22/16 | L | | See note Part VIII. |
| 56. | | | | | | | | | |
| 57. 401K | | | | | | | | | |
| 58. -- American Funds Europacific R4 | A | Int./Div. | J | T | | | | | |
| 59. -- DFA U.S. Large Cap Value | A | Int./Div. | J | T | | | | | |
| 60. -- DFA U.S. Small Cap Value | A | Int./Div. | J | T | | | | | |
| 61. -- JHancock3 Displin Val Mid Cap | A | Int./Div. | J | T | | | | | |
| 62. -- Morley Stable Value Fund | A | Int./Div. | J | T | | | | | |
| 63. -- Oppenheimer Developing Mkts Y | A | Int./Div. | J | T | | | | | |
| 64. -- Pimco Real Return Adm | A | Int./Div. | J | T | | | | | |
| 65. -- T Rowe Price New American Growth | A | Int./Div. | J | T | | | | | |
| 66. -- Vanguard 500 Index Admiral | A | Int./Div. | J | T | | | | | |
| 67. -- Vanguard Inter Bond Index Signal | A | Int./Div. | J | T | | | | | |
| 68. -- Vanguard Mid Cap Growith Index Admiral | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Vanguard Mid Cap Index Admiral | A | Int./Div. | J | T | | | | | |
| 70.  -- Vanguard Small Cap Index Admiral | A | Int./Div. | J | T | | | | | |
| 71.  -- Virtus Real Estate Fund I | A | Int./Div. | J | T | | | | | |
| 72. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2011 FDR (*NOTE: I could not find editable versions of my FDRs for 2011, 2012, 2013 and 2015.   At the suggestion of a representative of the Committee on Financial Disclosure, I am including the revisions which should be made to those documents in this report).
Part VII.
Line 27.  Changed to "Sold" to reflect that the fund was completely sold off on 10/28/11.


2012 FDR - Part VII.
Line 28.  Changed to "Sold" to reflect that the fund was completely sold off on 10/16/12.

Line 40.  Deleted to reflect that VBISX was sold on 10/28/11.


2013 FDR - Part VII.
Line 13.  Deleted to reflect that CVFYX was sold on 10/16/12.

Line 21.  Deleted to reflect that VBISX was sold on 10/28/11.

Line 21.  Inserted to reflect that Vanguard Bond Index Admiral (VBIRX) was opened on 10/22/13 with a Value Code of "J."  (see note Part VIII - "Converted from Vanguard Short Term Bond Index (VBSSX)")

Line 23.  Revised to reflect that Vanguard Short Term Bond Index (VBSSX) was closed on 10/22/13 with a Value Code of "J." (see note Part VIII - "Converted to Vanguard Bond Index Admiral (VBIRX)")


2015 FDR - Part VII.
Line 14.  Deleted to reflect that CVFYX was sold on 10/16/12.

Line 17.  Changed to "Sold" to reflect that the fund was completely sold off on 7/8/15.

Line 22.  Deleted to reflect that VBISX was sold on 10/28/11.

Line 24.  Deleted to reflect that VBSSX was closed on 10/23/13.

Line 39.  Delected to reflect that Black Mid Cap Value Inst was sold on 10/22/14.

Line 40.  Changed to "Sold" to reflect that the fund was completely sold off on 7/15/15.

Line 49.  Deleted to reflect that Vanguard 500 Index Signal was converted to Vanguard 500 Index Admiral on 10/22/14.

Line 50.  Inserted to reflect that Vanguard Mid Cap Growith Index Admiral was bought on 12/23/15 at a Value Code of "J."

Line 52.  Deleted to relfect that Vanguard Mid Cap Index Signal was converted to Vanguard Mid Cap Index Admiral on 6/13/14.

Line 55.  Deleted to reflect that Vanguard Small Cap Index Signal was converted to Vanguard Small Cap Index Admiral on 6/13/14.


2016 FDR - Part VII.
Line 3:   Converted to RJ Bank Deposit Program (line 24) on 06/01/16

Line 24:  Converted from Wells Fargo Bank Depost Sweep Opt (line 3) on 06/01/16

Line 37: Converted to Long-Term Invest-GR Inv. (VWESX; line 42)

Line 38: Converted from Wellington Fund Admiral (VWENX;line 53)

Line 39: Converted to Total Int'l Bond Idx Admiral (VTABX;line 48), Int'l Growth Inv (VWIGX;line 41), and Small-Cap Idx Fund Inv (NAESX;line 47)

Line 41: Converted from Inflation-Protecvt Sec Adm (VAIPX;line 39)

Line 42: Converted from Balanced Idx Fund Inv (VBINX;line 37) and Total Stock Mket Idx Adm (VTSAX;line 51)

Line 43: Converted from Total Bond Mkt Idx Adm (VBTLX;line 50)

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 45: Converted from Wellington Fund Admiral (VWENX;line 53)

Line 46: Converted from Total Bond Mkt Idx Adm (VBTLX;line 50) and Total Int'l Stock Idx Adm (VTIAX;line 49)

Line 47: Converted from Inflation-Protect Sec Adm (VAIPX;line 39)

Line 48: Converted from Inflation-Protect Sec Adm (VAIPX;line 39)

Line 49: Converted to S-T Investment-Grade Inv (VFSTX;line 46)

Line 50: Converted to Mid-Cap Idx Fund Adm (VIMAX;line 43) and S-T Investment-Grade Inv (VFSTX;line 46)

Line 51: Converted to Long-Term Invest-Grade Inv (VWESX;line 42) and 500 Idx Fund Adm (VFIAX;line 55)

Line 52: Converted from Wellington Fund Adm (VWENX;line 53)

Line 53: PARTIALLY converted to Emerging Mkts Stk Idx Inv (VEIEX;line 38), Wellesley Income Fund Inv (VWINX;line 52), and REIT Idx Fund Adm (VGSLX;line 45); not completely closed (remaining shares valued at $43,369.27 as of 12/31/16)

Line 55: Converted from Total Stock Mkt Idx Adm (VTSAX;line 51)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544